| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* CR 03-00210HG-01 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 2:CR 07-1263 AHM |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: CHRISTOPHER R. SYLVESTER | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE HELEN GILLMOR | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/16/2005 — TO 11/15/2008 |

OFFENSE

*Unlawful User of a Controlled Substance in Possession of a Firearm,* in violation of 18 U.S.C. § 922(g)(3), a Class C felony.

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

NOV 26 2007

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Central District of California</u> (Los Angeles) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8·28·07
Date

[signature]
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Central District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 7, 2007
Effective Date

ALICEMARIE H. STOTLER
Chief United States District Judge